IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY ZAMORA,

        Plaintiff,        No. C-15-0126 TEH (PR)

    v.        ORDER OF DISMISSAL

NAPA STATE HOSPITAL

        Defendant    /

        On January 9, 2015, this case was transferred to this Court. Plaintiff Tony Zamora, a detainee formerly being held at Napa State Hospital initiated the case by submitting a letter to the Court. Also, on January 9, 2015, the Court sent Plaintiff a notice that he needed to pay the filing fee or file an in forma pauperis application and he had to submit a formal complaint. The notice included a warning that if Plaintiff did not respond within thirty days from the date of the notice, his action would be dismissed, the file closed.

        More than thirty days passed and Plaintiff did not submit a complaint or an in forma pauperis application. The notices sent to Plaintiff were returned by the post office as undeliverable on February 2, 2015, because Plaintiff was discharged from that facility.

1        Because sixty days have passed since the Court's mail to
2   Plaintiff was returned as undeliverable, and the Court has received
3   no written communication from Plaintiff indicating a current
4   address, the case is dismissed without prejudice pursuant to Civil
5   Local Rule 3-11(b).
6        The Clerk shall close the file.
7        IT IS SO ORDERED.

9   DATED     04/06/2015                  /s/ Thelton E. Henderson
10                                        THELTON E. HENDERSON
                                          United States District Judge

G:\PRO-SE\TEH\CR.15\Zamora0126.dis.mail.wpd

2